# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-06380-JVS (MLGx) | Date | May 21, 2010 |

| | |
|---|---|
| Title | United States of America v. Michelle Sukhov, et al |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause

On April 5, 2010, at the Scheduling Conference, the Court directed the parties to meet, confer and submit, within 7 days, a Stipulation and Proposed Order setting forth the remaining case management dates as set forth in Exhibit A to the Court's Order Setting the Scheduling Conference.    As of today the stipulation and proposed order have not been submitted to the Court for approval.

The Court hereby ORDERS the parties to Show Cause on June 1, 2010 at 1:30 p.m.  why sanctions should not be imposed, the actions dismissed or answer stricken for failure to comply with the Court's Order of April 5, 2010.

The Court ORDERS the parties to file written responses to the Order to Show Cause not later than May 28, 2010.  The Court will consider the submission of the stipulation and proposed order an appropriate response to the Order to Show Cause and will discharge the Order to Show Cause and vacate the hearing date if the Stipulation and proposed order are submitted by May 28, 2010.

| | | |
|---|---|---|
| | 0 | : | 00 |

Initials of Preparer   kjt