1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ROBERT I. LESTER (CBN 116429)
4  Assistant United States Attorney
        300 North Los Angeles Street, Rm 7516
5       Los Angeles, CA 90012
        Telephone: (213) 894-2464
6       Facsimile: (213) 894-7819

7  Attorneys for Counterclaim Defendant
   United States of America and Cross-Defendant
8  Department of Education

9

JS - 6

                    UNITED STATES DISTRICT COURT
10
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,           )   No. CV 09-6380-JVS(MLGx)
                                        )
13           Plaintiff,                 )
                                        )
14       v.                             )
                                        )
15  MICHELLE SUKHOV aka MICHELLE J.     )   **AMENDED**
    SUKHOV,                             )
16                                      )   **ORDER DISMISSING ENTIRE**
             Defendant.                 )   **ACTION WITH PREJUDICE**
17  _____)
                                        )
18  MICHELLE SUKHOV aka MICHELLE J.     )
    SUKHOV,                             )
19                                      )
             Counter-Claimant,          )
20                                      )
         v.                             )
21                                      )
    UNITED STATES OF AMERICA;           )
22  DEPARTMENT OF EDUCATION;            )
    GOLDSMITH & HULL APC, a             )
23  Professional Law Corporation;       )
    CALIFORNIA STUDENT AID COMMISSION;  )
24  FELICIA FALCON, an individual;      )
    WILLIAM I. GOLDSMITH, ESQ., an      )
25  individual; JACK D. HULL, ESQ.,     )
    an individual; and ERIC MINTZ,      )
26  Esq., an individual; and ROES 1 to  )
    25, Inclusive,                      )
27                                      )
             Counter-Defendants.        )
28  _____)

1    IT IS HEREBY ORDERED that, pursuant to the parties'

2  agreement to settle all of the claims, counterclaims, and cross-

3  claims in this case:

4       1.   The Court dismisses the entire action (i.e., all of the

5  claims, counterclaims, and cross-claims, including Ms. Sukhov's

6  cross/counter-complaint against the United States, the Department

7  of Education, et al.) with prejudice.

8       2.   Each party shall bear its own attorney's fees and costs.

9       3.   This Court shall retain jurisdiction in case there is a

10  need to enforce the settlement agreement.

11

12  DATED: November 5, 2010

13                                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE BY MAILING</u>

I am over the age of 18 and not a party to the within action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On November 8, 2010, I served **AMENDED [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: November 8, 2010. Place of mailing: <u>LOS ANGELES, CA</u>.  Person(s) and/or Entity(ies) to Whom mailed:

Michelle Sukhov
23272 Mill Creek Drive Suite 320
Laguna Hills, CA 92653

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: November 8, 2010 at Los Angeles, California.

*/s/ Martha Jimenez*

MARTHA JIMENEZ